UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELIQUE AUSTIN, | ) | Case No. 1:12 CV 1548 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| I.C. SYSTEM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that above captioned case IS dismissed with prejudice.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __September 7, 2012_____